JOSEPH WAISIKOSKI, Appellant, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich and Putnam, JJ., concurred; Mills, J., dissented upon the ground that jurisdiction is absolutely imposed upon the court by section 1780 of the Code of Civil Procedure, and, therefore, the court had no discretion to decline to exercise it.

BENJAMIN GOLDENBERG, Respondent, v. HYMAN JACOBSON and BESSIE JACOBSON, Appellants.— Motion denied, without costs, on condition that plaintiff within ten days give a surety company bond in the sum of $250, conditioned to pay all damages, not exceeding the sum above mentioned, which defendants may sustain by reason of the injunction, if it be finally decided that plaintiff is not entitled thereto or the action be dismissed or discontinued. If such bond be not so given, the motion is granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

In the Matter of the Application, etc., on Complaint of WILLIAM K. FIELD, v. RALPH FORMAN, as Trustee of the Village of Hempstead, etc.— Motion denied, with ten dollars costs, upon authority of *People* v. *Gregg* (59 Hun, 107). Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

In the Matter of the Application of ELMONT B. HAZARD for Admission to the Bar.— Application granted. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

In the Matter of ROBERT S. KING, an Attorney.— The situation is not changed by the testimony taken on the second reference. We must adhere to our decision made on the 29th of September, 1916 (See 174 App. Div. 930), on the former report of the official referee, and an order is now entered confirming the reports of the referee, and disbarring the respondent. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

In the Matter of Supplementary Proceedings: RAY REISENBURGER and LOUIS J. ALTKRUG, Respondents, v. ISAAC CORSUN, Appellant.— Motion for stay granted, on condition that appellant give a bond in the sum of $250 to pay the costs of the appeal, if any be awarded against him, and hold himself within the State amenable to the process of the court and place the case upon the calendar for the first day of the June term. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

MICHAEL KILLILEA, Respondent, v. J. PIERPONT MORGAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

CELIA LYON, Respondent, v. THOMAS GILLERAN and Others, Appellants.— Motion granted, on condition that appellants perfect the appeal, place the case on the calendar for June fifth and be ready for argument when reached, and stipulate to try the cause at the June Equity Term, without further notice, if the order be reversed in that month; otherwise, motion denied, with ten dollars costs. Plaintiff may move to vacate defendant's stay, should she stipulate to vacate the order of reference, and place the cause on the June calendar for trial. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.